# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CASEY BLOTZER** and **EDWARD MAKARON**, | ) Case No. 8:15-cv-00896-AG-JCG )  ) |
| Plaintiff, | ) **ORDER** ) |
| vs. | )  ) |
| **RCF, LLC.**, | )  ) |
| Defendant. | )  )  ) |

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice as to the Named Plaintiff and without prejudice as to the Putative Class.  Each party shall bear their own costs and expenses.

Dated this 22nd day of August, 2017

_____
The Honorable Andrew J. Guilford

Order to Dismiss - 1